IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MITCHELL LEE GOODLON, SR., and**
**CLINT C. HUNT, SR. ADC #109340**                                                      **PLAINTIFFS**

v.                                              **CASE NO. 2:15-CV-00125 BSM**

**CROSS COUNTY JAIL**                                                                         **DEFENDANT**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration, the RD is adopted with clarification. Although the RD's conclusion is proper, the cases relied on suggest that the Cross County Jail is not subject to suit because it is a subdivision of city government or is treated as a case against the sheriff's department. To be clear, Hunt only named the Cross County Jail, and county jails are not "persons" under 42 U.S.C. § 1983, and thus dismissal is proper. *See Owens v. Scott Cnty. Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) (county jails are not legal entities amenable to suit).

IT IS THEREFORE ORDERED that Hunt's complaint [Doc. No. 2] is dismissed without prejudice. Dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g), and it is certified that an appeal would not be taken in good faith.

IT IS SO ORDERED this 23rd day of November 2015.

                                                                        *Brian S. Miller*
                                                            UNITED STATES DISTRICT JUDGE