**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MITCHELL LEE GOODLON, SR., and**
**CLINT C. HUNT, SR. ADC #109340**                                                **PLAINTIFFS**

**v.**                                **CASE NO. 2:15-CV-00125 BSM**

**CROSS COUNTY JAIL**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of November 2015.

_____
UNITED STATES DISTRICT JUDGE